| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Laurence D. King (SBN 206423) <br> KAPLAN FOX & KILSHEIMER LLP <br> 1999 Harrison Street, Suite 1560 <br> Oakland, CA  94612 <br> Telephone: (415) 772-4700 <br> Email: lking@kaplanfox.com | |
| ATTORNEY(S) FOR:  Plaintiff LUCAS CRANOR | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LUCAS CRANOR, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> ILLUMINATE EDUCATION, INC., <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:22-cv-1404 <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Lucas Cranor_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Lucas Cranor | Plaintiff |
| Illuminate Education, Inc. | Defendant |

| July 28, 2022 | /s/ Laurence D. King |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Lucas Cranor