**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: *lking@kaplanfox.com*
          *mgeorge@kaplanfox.com*
          *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (*pro hac vice* to be filed)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email: *jstrauss@kaplanfox.com*

*Attorneys for Plaintiff*

[*Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>Defendant. | Case No. 8:22-cv-1404<br><br>Class Action<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**[Local Rule 83.1-4]** |

TO: THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

In accordance with Local Rule 83-1.4, Plaintiff Lucas Cranor hereby gives notice of the pendency of the following actions under Central District of California Local Rule 83-1.4.

This case involves substantially the same subject matter as two other actions outside of this district:

    a. *Sarah Chung v. Illuminate Education, Inc.*, No. 1:22-cv-03110-HG, pending in the United States District Court for the Eastern District of New York (the "*Chung* action"), before Judge Hector Gonzalez; and

    b. *JeanPaul Magallanes, Guardian Ad Litem for Jacob Magallanes v. Illuminate Education, Inc., et al.*, No. 56-0222-005673214-CU-MC-VTA, pending in the Superior Court of the State of California, County of Ventura (the "*Magallanes*" action), in Dept. 43.

### A. Description of the Actions.

The above-captioned case and the *Chung* and *Magallanes* actions are both class actions against a common defendant, Illuminate Education, Inc., in relation to a data breach that occurred in December 2021.

### B. Case Information for the Related Actions.

1. The Plaintiff in the E.D.N.Y. *Chung* action is represented by the following counsel:

    James Chung

    LAW OFFICE OF JAMES CHUNG

    43-22 216th Street

    Bayside, NY 11361

    718-461-8808

    Email: *jchung_77@msn.com*

Spencer I. Sheehan

SHEEHAN & ASSOCIATES, P.C.

60 Cuttermill Road, Ste 412

Great Neck, NY 11021

516-268-7080

Fax: 516-234-7800

Email: *spencer@spencersheehan.com*

2. The Plaintiff in the *Magallanes* action is represented by the following counsel:

Mark D. Potter (SBN 166317)

James M. Treglio (SBN 228077)

POTTER HANDY LLP

100 Pine Street, Suite 1250

San Francisco, CA  94111

Tel: (858) 375-7385

Facsimile:  (888) 422-5191

Email: *mark@potterhandy.com*

   *jimt@potterhandy.com*

C. **Relationship of the Actions.**

The above-captioned case and the *Chung* and *Magallanes* actions involve the same facts and the same legal questions. Importantly, each action arises from an alleged data breach that occurred in December 2021 and each action involves the same defendant, Illuminate Education, Inc. The actions assert similar causes of action against Illuminate Education, Inc. in relation to the alleged data breach.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: July 28, 2022 | | **KAPLAN FOX & KILSHEIMER LLP** |

By: /s/ *Laurence D. King*
    Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (*pro hac vice* to be filed)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
Telephone: 310-614-7260
Facsimile: 310-614-7260
Email: *jfarar@kaplanfox.com*

*Attorneys for Plaintiff Lucas Cranor and the Proposed Class*