# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS CRANOR, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINATE EDUCATION, Inc. d/b/a PUPIL PATH,<br><br>Defendant. | CASE NO. 8:22-cv-01404-JVS-ADS<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO CONTINUE FORTHCOMING DEADLINES IN ANTICIPATION OF CONSOLIDATION MOTION**<br><br>Class Action Complaint Filed: July 28, 2022<br><br>Judge: James V. Selna<br>Hearing: None Set<br>Time: None Set<br>Courtroom: None Set |

**ORDER GRANTING JOINT STIPULATED REQUEST TO CONTINUE CURRENT DEADLINES IN ANTICIPATION OF CONSOLIDATION MOTION**

Having considered the Joint Stipulated Request to Continue Forthcoming Deadlines in Anticipation of the Parties' Consolidation Motion, being fully advised in the matter, and good cause appearing, the Court hereby **GRANTS** the Stipulated Request. The Parties have represented that they intend to move to formally consolidate *Kisil v. Illuminate Education, Inc.*, No. 8:22-cv-01164-JVS-ADS (C.D. Cal.) with this matter. Defendant has further represented that it has moved to transfer the federal case styled *Chung v. Illuminate Education, Inc.*, No. 1:22-cv-03310-HG (E.D.N.Y.) to this Court, and the Parties will include that matter in their consolidation motion if transfer is granted. Therefore, following a ruling on the *Chung* motion to transfer, the following deadlines shall apply:

1.  The Parties shall have 14 days to file a formal motion to consolidate and Plaintiffs shall have 14 days to file a motion or stipulation for the appointment of lead counsel.

2.  Within 60 days of the ruling on the motion to consolidate and/or appointment of interim lead counsel, Plaintiffs shall file their consolidated complaint.

3.  Defendant shall then have 60 days to file its motion to dismiss the consolidated complaint, Plaintiffs shall have 45 days to respond to Defendant's motion to dismiss, and Defendant shall have 30 days to reply.

IT IS SO ORDERED.
DATED: August 10, 2022

_____
Honorable James V. Selna
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER GRANTING
STIPULATED REQUEST TO CONTINUE
FORTHCOMING DEADLINES
CASE NO. 8:22-CV-01404---JVS--ADS