**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: *lking@kaplanfox.com*
        *mgeorge@kaplanfox.com*
        *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (*pro hac vice* pending)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email: *jstrauss@kaplanfox.com*

*Attorneys for Plaintiff*

[*Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS CRANOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>Defendant. | Case No. 8:22-cv-1404-JVS-ADSx<br><br>Class Action<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Plaintiff Lucas Cranor hereby lodges the attached Corrected [Proposed] Order on Application of Non-Resident Attorney to Appear In a Specific Case *Pro Hac Vice* for Joel B. Strauss.

Respectfully submitted,

DATED: August 11, 2022

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Justin B. Farar*
　　Justin B. Farar

Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
Telephone: 310-614-7260
Facsimile: 310-614-7260
Email: *jfarar@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
　　*mgeorge@kaplanfox.com*
　　*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (*pro hac vice* pending)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: *jstrauss@kaplanfox.com*

*Attorneys for Plaintiff Lucas Cranor and the Proposed Class*